[No. 16554-6-II. Division Two. June 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAN
SANTAMARIA CRUZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-02851-6, Donald H. Thompson, J., entered
October 21, 1992. *Affirmed* by unpublished opinion per
Houghton, A.C.J., concurred in by Bridgewater, J., and Al-
exander, J. Pro Tem.

[No. 17579-7-II. Division Two. June 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
FREDERICK MAURICE FLORENCE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-02377-6, Nile E. Aubrey, J., entered
October 6, 1993. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Houghton, A.C.J., and
Fleisher, J.

[No. 17781-1-II. Division Two. June 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LYLE
LYNN BALL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 93-1-00976-3, James D. Ladley, J., entered
December 14, 1993. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Houghton, A.C.J., and
Fleisher, J.